PEOPLE ex rel. TROY RECORD CO. v. COMMON COUNCIL OF CITY OF TROY et al.

(Supreme Court, Appellate Division, Third Department. June 27, 1906.)

Proceedings by the people of the state of New York, on the relation of the Troy Record Company, against the common council of the city of Troy and others.

PER CURIAM. Determination of the common council annulled and the common council is required, within thirty days after the service of the order herein, to meet and designate official newspapers according to law, with $50 costs and disbursements to be paid by the respondent, upon the opinion in People ex rel. Troy Press Co. v. Common Council (decided herewith) 99 N. Y. Supp. 1045.